## 51188. HERRELL v. BIDDY et al.

PANNELL, Presiding Judge.

The appeal of this case is from a judgment based on a directed verdict for the appellee. A transcript of the evidence is essential to a determination of the merits of appellant's enumeration of error. There is no transcript of record; accordingly, the judgment of the trial court is affirmed. See *Sherron v. Craddock,* 133 Ga. App. 926 (213 SE2d 62); *Medical Personnel Pool v. Middlebrooks,* 133 Ga. App. 148 (210 SE2d 372).

*Judgment affirmed. Quillian and Clark, JJ., concur.*

ARGUED OCTOBER 8, 1975 — DECIDED DECEMBER 5, 1975.

*Smith & Hamrick, Dewey Smith,* for appellant.
*Kyle Yancey,* for appellees.